United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans 70130

Chambers of
A. J. McNamara
District Judge

May 19, 2008

Judge Ortie D. Smith
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

Re: Calendar Year 2007 Filing

Dear Judge Smith,

In response to your letter of May 13, 2008, I submit the following additions and corrections to my financial disclosure report dated April 8, 2008.

As reflected in Part I, line 1, I am a Director at Christopher Homes, Inc. Christopher Homes, Inc. is a non-profit corporation sponsored by the Archdiocese of New Orleans and manages thirteen facilities with 1,400 apartments providing accommodations for low income elderly residents of the area. My participation as a director of Christopher Homes is in accord with Canon 5 (B) of the Codes of Conduct for United States Judges. My activities as a director do not involve fund raising in any manner and these facilities are primarily funded utilizing low income housing tax credits and other funding sources through the Catholic Archdiocese of New Orleans. The Board of Directors meets four times per year.

With regard to Part VII, page 7, line 59, Column C should be blank because this asset was entirely disposed of during the reporting period.

In Part VII, page 8, line 71 - 75, I offer the following changes. Line 71, Column A, add (appraisal date September 14, 2007). Line 71, Column B (2), add "none." Line 72, Column A, add (appraisal date September 14, 2007). Column B (2), add "none." Line 73, Column A, add (appraisal date September 14, 2007). Column B (2), add "none." Line 74, Column B (1), add "A" and on Column B (2), add "INT." Line 75, Column B (1), add "A", Column B (2), add "INT."

I trust this letter answers the inquiries posed in your letter of May 13, 2008. I regret the

RECEIVED RECEIVED

2008 MAY

FINANCIAL DISCLOSURE OFFICE

2008 MAY 27 A 10: 27

FINANCIAL DISCLOSURE OFFICE

errors in my report of April 8, 2008 and thank you for bringing these matters to my attention.



AJM: rsg

enclosure

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McNamara, A. J | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>4/8/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>500 Poydras Street, Room C107A<br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Christopher Homes |
| 2. Adminstrator | Succession Number One |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 4/8/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University School of Law; Law and Economics Center | July 8-11, 2007 | Sedona, AZ | Educational Seminar | Food, lodging and travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PREVIOUSLY DELETED | | | | | | | | | |
| 2.  DELETED-See Report Filed May 2007 | | | | | | | | | |
| 3.  .005 Int. Woodstock Plantation, Baton Rouge, LA | D | Dividend | K | W | | | | | |
| 4.  DELETED -See Report Filed May 2007 | | | | | | | | | |
| 5.  DELETED - See Report Filed April 1997 | | | | | | | | | |
| 6.  DELETED-- See Report Filed April 2005 | | | | | | | | | |
| 7.  DELETED-- See Report Filed April 2005 | | | | | | | | | |
| 8.  PREVIOUSLY DELETED | | | | | | | | | |
| 9.  DELETED- See Report Filed May 2007 | | | | | | | | | |
| 10.  PREVIOUSLY DELETED | | | | | | | | | |
| 11.  PREVIOUSLY DELETED | | | | | | | | | |
| 12.  PREVIOUSLY DELETED | | | | | | | | | |
| 13.  PREVIOUSLY DELETED | | | | | | | | | |
| 14.  PREVIOUSLY DELETED | | | | | | | | | |
| 15.  PREVIOUSLY DELETED | | | | | | | | | |
| 16.  Royalty Int. for Oil & Gas located in Thibodaux, LA by NEG | D | Royalty Int. | M | W | | | | | |
| 17.  PREVIOUSLY DELETED | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,00 \ - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 4/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   PREVIOUSLY DELETED | | | | | | | | | |
| 19.   1/8 Int. in house & adjoining Lots, Mandeville, LA      (X) | | None | K | W | | | | | |
| 20.   Shares of Lord Abbett Affiliate Fund A (X) | | None | J | T | | | | | |
| 21.   Shares of Fidelity Puritan Mutual Fund (X) | | None | K | T | | | | | |
| 22.   Cleco Common Stock    (X) | | None | K | T | | | | | |
| 23.   Common Stock AT&T (X) | | None | J | T | | | | | |
| 24.   Common Stock Lucent Technologies, Inc. (X) | | None | J | T | | | | | |
| 25.   Common Stock NCR  (X) | | None | J | T | | | | | |
| 26.   Shares Neuberger Berman Guardian Mtl Fund (X) | | None | J | T | | | | | |
| 27.   Shares Oppenheimer Municipal Bond Fund (X) | | None | J | T | | | | | |
| 28.   Common Stock AIG Insurance Co  (X) | | None | M | T | | | | | |
| 29.   Common Stock American Realty Trust Co. (X) | | None | J | T | | | | | |
| 30.   Common Stock BellSouth  (X) | | None | J | T | | | | | |
| 31.   Shares of Evergreen Income & Growth Fund (X) | | None | J | T | | | | | |
| 32.   Shares of Fidelity Equity Income Fund  (X) | | None | J | T | | | | | |
| 33.   Shares of Fidelity OTC  (X) | | None | J | T | | | | | |
| 34.   Common Stock Ford Motor Company  (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 4/8/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Common Stock ITT Industries, Inc. (X) | | None | J | T | | | | | |
| 36. Shares of Ivy Growth Fund (X) | | None | J | T | | | | | |
| 37. Common Stock Kaufman & Broad Home Corp. (X) | | None | J | T | | | | | |
| 38. Common Stock Lance, Inc. (X) | | None | J | T | | | | | |
| 39. Common Stock Metromedia International Group (X) | | None | J | T | | | | | |
| 40. Shares Monetta Fund (X) | | None | J | T | | | | | |
| 41. Common Stock Nabor Industries, Inc. (X) | | None | J | T | | | | | |
| 42. Common Stock NCR (X) | | None | J | T | | | | | |
| 43. Shares of Neuberger Berman Manhattan Fund (X) | | None | J | T | | | | | |
| 44. Shares of Nicholas Fund, Inc. (X) | | None | J | T | | | | | |
| 45. Common Stock of Occidental Petroleum, Inc. (X) | | None | J | T | | | | | |
| 46. Common Stock Phillip Morris, Inc. (X) | | None | J | T | | | | | |
| 47. Common Stock Citi Group, Inc. (X) | | None | J | T | | | | | |
| 48. Shares of Hartford Financial Services Group (X) | | None | J | T | | | | | |
| 49. Common Stock The Timeken Co. (X) | | None | J | T | | | | | |
| 50. Common Stock Triton Group, Ltd. (X) | | None | J | T | | | | | |
| 51. Shares of Vanguard Federal Money Market Fund (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McNamara, A. J | 4/8/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Shares of Vanguard Wellesley Fund (X) | | None | J | T | | | | | |
| 53. Shares of Vanguard Windsor Fund (X) | | None | J | T | | | | | |
| 54. Common Stock of Starwood Hotels | | None | J | T | | | | | |
| 55. Common Stock of Visteon Corp. (X) | | None | J | T | | | | | |
| 56. Mineral Lease Pymt by Yuma Petro Co for hydrocarbon lease on | B | Rent | J | W | | | | | |
| 57. DELETED | | | | | | | | | |
| 58. Villere Balanced Fund | B | Int./Div. | K | T | | | | | |
| 59. Vanguard Admiral Trsy | D | Int./Div. | N | T | sold | 05/15 | N | | Public Sale |
| 60. Vanguard Wellington Fund | C | Int./Div. | K | T | | | | | |
| 61. Vanguard Wellesley Fund | C | Int./Div. | K | T | | | | | |
| 62. Vanguard Tax-Exempt Fund | B | Int./Div. | K | T | | | | | |
| 63. Loomis Sayles Strategic Income Fund Class A | B | Int./Div. | L | T | Buy | 02/07 | L | | |
| 64. Blackrock Equity Dividend Cl A | B | Int./Div. | K | T | Buy | 02/07 | K | | |
| 65. FBR Focus Fund | A | Int./Div. | J | T | Buy | 02/07 | J | | |
| 66. Large Cap Growth Equity Portfolio | B | Int./Div. | K | T | Buy | 02/07 | K | | |
| 67. Selected American Shares Class S | B | Int./Div. | K | T | Buy | 02/07 | K | | |
| 68. T Rowe Price Cap Appr Adv | A | Int./Div. | J | T | Buy | 02/07 | J | | - |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 4/8/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Third Avenue Value Fund | B | Int./Div. | K | T | Buy | 02/07 | K | | |
| 70. Thornburg Intl Value Fund Class A | B | Int./Div. | K | T | Buy | 02/07 | K | | |
| 71. Succession Number One-Land Parcel #1 Belize (X) | | | K | Q | | | | | |
| 72. Succession Number One-Land Parcel #2 Belize(X) | | | J | Q | | | | | |
| 73. Succession Number One-Land Parcel #3 Belize (X) | | | K | Q | | | | | |
| 74. Succession Number One-Account The Belize Bank (X) | | | K | T | | | | | |
| 75. Succession Number One- Account 1st Carribean Intl Bank (X) | | | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Coluunns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 4/8/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544